1058

[No. 20469-0-II.    Division Two.    September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN J. WINGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03230-7, Thomas A. Swayze, Jr., J., entered March 1, 1996. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20610-2-II.    Division Two.    September 12, 1997.]

ROGER HANNUM, *Appellant*, v. THE DEPARTMENT OF LICENSING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-02546-2, Richard A. Strophy, J., entered April 24, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20794-0-II.    Division Two.    September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBIN THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04096-1, Thomas Felnagle, J., entered June 4, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 20924-1-II.    Division Two.    September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK T. CORREA, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 96-1-00040-8, Joel M. Penoyar, J., entered June 25, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.